IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 1:96CV180 |
| | ) | (Financial Litigation Unit) |
| VICTORIA HARWOOD, | ) | |
| aka/VICTORIA H. MITCHELL, | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| BUNCOMBE COUNTY BOARD OF EDUCATION, | ) ) | |
| Garnishee. | ) | |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case on August 23, 2005, against the defendant Victoria Harwood aka/Victoria H. Mitchell is **DISMISSED.**

Signed: April 17, 2006

Lacy H. Thornburg
United States District Judge